UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:19-cv-00192-FDW

| | |
|---|---|
| SANDRA P. WILLIAMS, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANDREW M. SAUL, | )  ORDER |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

THIS MATTER is before the Court on the Parties' Stipulation for Payment of Attorney's Fees, filed by Defendant. (Doc. No. 15). Also before the Court is Plaintiff's Motion for Attorney Fees. (Doc. No. 12).

Upon stipulation of the parties, it is hereby ORDERED that Defendant will pay Plaintiff $3,500.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act. Additionally, Plaintiff shall be paid $400.00 in costs from the Judgment Fund by the U.S. Department of Treasury pursuant to 28 U.S.C. § 2412(a)(1).

Because the Court is granting the Parties' Stipulation, Plaintiff's Motion for Attorney Fees (Doc. No. 12) is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: May 15, 2020

Frank D. Whitney
Chief United States District Judge